UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 24-1944 JGB (SPx) | Date | February 12, 2025 |
|---|---|---|---|
| Title | *Lei Jin v. Alejandro Mayorkas et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

None Present                  None Present

**Proceedings:** Order to Show Cause re Dismissal for Lack of Prosecution
(IN CHAMBERS)

On September 11, 2024, Plaintiff Lei Jin ("Plaintiff") filed a complaint against Defendants Alejandro Mayorkas, in his official capacity as Secretary of U.S. Department of Homeland Security; Ur M. Jaddou, in her official capacity as Director of U.S. Citizenship and Immigration Services; and Irene Martin, in her official capacity as District Director for U.S. Citizenship and Immigration Services for Los Angeles County (collectively, "Defendants"). ("Complaint," Dkt. No. 1.)

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. Proc. 4(m). Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed R. Civ. Proc. 12(a)(1).

Here, it appears that one or more of these time periods has not been met as no proof of service has been filed and over 90 days after the filing of the Complaint have elapsed. Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing on or before **February 24, 2025** why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument. The Order to Show Cause will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by the

plaintiff is due. Failure to adequately respond to this order may result in the dismissal of this case.

**IT IS SO ORDERED.**